■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHITAKER, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lentol, J.), rendered April 6, 1981, convicting him of murder in the second degree, robbery in the first degree (three counts) and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by deleting the provision providing that the sentence imposed for murder in the second degree shall run consecutive to the sentences imposed for robbery in the first degree (three counts) and substituting therefor a provision that said sentences shall run concurrently. As so modified, judgment affirmed. It was improper for Criminal Term to impose consecutive sentences since the homicide and the robberies did not constitute separate or disparate acts (Penal Law, § 70.25, subd 2; *People v Underwood,* 52 NY2d 882). Rather, the testimony reveals that they were all part of the same criminal transaction (see *People v Braithwaite,* 96 AD2d 869). We have considered defendant's other points and find them to be without merit. Thompson, J. P., Brown, Rubin and Boyers, JJ., concur.

■ In the Matter of RAMON A. CARRANO, a Disbarred Attorney. — Application by petitioner, Ramon A. Carrano, a disbarred attorney, for reinstatement to the Bar of the State of New York. The matter is referred to the Grievance Committee for the Tenth Judicial District to investigate and report on the following: (1) whether the petitioner has complied with this court's order of disbarment, (2) whether petitioner has made restitution, and (3) whether he presently possesses the character and fitness requisite for an attorney and counselor at law. The petitioner's application will be held in abeyance pending the committee's report. Mollen, P. J., Damiani, Titone, Lazer and O'Connor, JJ., concur.

■ In the Matter of ROBERT WATSON KELSO, a Suspended Attorney.—Motion by petitioner Robert Watson Kelso, a suspended attorney whose period of suspension has expired, for reinstatement as an attorney and counselor at law. Motion referred to the Committee on Character and Fitness for the Second Judicial Department, to investigate and report on (1) whether the petitioner has complied with this court's order of suspension and (2) whether he presently possesses the character and fitness requisite for an attorney and counselor at law. The motion will be held in abeyance pending the receipt of the committee's report. Mollen, P. J., Damiani, Titone, Lazer and Gulotta, JJ., concur.